# Exhibit C

(Appendix B-2 to Settlement Agreement)

# NOTICE OF INTENT TO OPT IN FORM

**THIS FORM APPLIES TO ALL PLAINTIFFS WITH PERSONAL INJURY CLAIMS, FILED AND SERVED ON OR BEFORE MARCH 25, 2013, ALLEGING GALLBLADDER DISEASE AND/OR GALLBLADDER INJURIES <u>PENDING IN STATE AND FEDERAL COURTS</u>, OTHER THAN CASES PENDING IN MDL DOCKET NO. 2100 ("MDL").  THIS FORM ALSO APPLIES TO ALL PLAINTIFFS WITH CASES, FILED AND SERVED ON OR BEFORE MARCH 25, 2013, PENDING IN MDL NO. 2100 WHO ALLEGE A VENOUS THROMBOEMBOLISM (INCLUDING, BUT NOT LIMITED TO, DEEP VEIN THROMBOSIS OR PULMONARY EMBOLISM) OR ARTERIAL THROMBOEMBOLISM (INCLUDING, BUT NOT LIMITED TO, HEART ATTACK OR ARTERIAL THROMBOEMBOLIC STROKE) INJURY IN COMBINATION WITH A GALLBLADDER INJURY.**

**IF YOU WISH TO PARTICIPATE IN THE GALLBLADDER RESOLUTION PROGRAM  (the "Program") AND TO BE POTENTIALLY ELIGIBLE FOR AN AWARD UNDER THE PROGRAM, YOU <u>MUST</u> SUBMIT THIS FORM ON OR BEFORE <u>11:59 p.m. C.T. ON APRIL 29, 2013</u> (UNLESS EXTENDED TO A LATER DATE PURSUANT TO THE TERMS OF THE SETTLEMENT AGREEMENT) AS FOLLOWS:**

(1) **Preferred option for submission**:  Online at <u>www.yazofficialsettlement.com</u>, in accordance with instructions provided therein by the Claims Administrator.

**-OR-**

(2) By email **to all of the following**:

   (a) OptInOptOutNotice@yazofficialsettlement.com (Claims Administrator)
   (b) OptInOptOutNotice@shb.com (BHCP's counsel)
   (c) YazGBClaimNotice@uselaws.com (NPC);

**-OR-**

(3) By United States Mail or other carrier, return receipt requested, **to all of the following**:

| Claims Administrator: | BHCP's counsel: | NPC: |
|---|---|---|
| Yaz Settlement Claims Administrator<br>BrownGreer PLC<br>P.O. Box 85006<br>Richmond, VA 23285-5006 | Jeff Fields<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613 | Roger C. Denton<br>Schlichter, Bogard & Denton, LLP<br>100 South Fourth St., Ste 900<br>St. Louis, MO 63102 |

**BY OPTING IN, PLAINTIFFS WITH OTHER INJURIES IN ADDITION TO GALLBLADDER DISEASE AND/OR GALLBLADDER INJURY UNDERSTAND THAT THEY WILL HAVE TO PROVIDE TO DEFENDANTS A RELEASE OF ALL CLAIMS, INCLUDING THEIR NON-GALLBLADDER INJURIES.**

By timely submitting this form, you agree to be bound by the terms of the Settlement Agreement and the jurisdiction of the Special Master and the MDL Court (or the state court in which the case is pending, should the MDL Court lack subject matter jurisdiction) with regard to all matters pertaining to the Settlement Agreement and the Program contained therein. You acknowledge that you will not be eligible for an award unless you also timely submit a completed Claim Package pursuant to the Program. You agree that the Special Master will hear motions to dismiss claims that fail to comply with the Settlement Agreement and make recommendations to the court in which your case is pending. You also agree that appeals of determinations by the claims administrator as to whether a Claimant is entitled to payment and, if so, the amount of that payment, will be resolved by the Special Master and that the Special Master's decisions will be binding on the parties. You acknowledge that the Special Master's rulings on these appeals are separate from recommendations he makes as a Special Master on appointment from the MDL Court or other court. By checking the box below and executing this form, you acknowledge that you have been fully advised of your rights under the Settlement Agreement and elect to participate in the Program.

☐ **I elect to participate in the Gallbladder Resolution Program.**

Print Name: _____
Date: _____
Signature: _____
Case No.: _____
Attorney's Name: _____
Firm Name: _____
Attorney's Address: _____
Attorney's Email: _____
Attorney's Telephone Number: _____