# Exhibit D

(Appendix G to Settlement Agreement)

**PLAINTIFF(S):**              **CASE INFORMATION:**

_____    Court: _____

_____

## **DECLARATION OF COUNSEL**

       I, _____, hereby certify as follows:

I am an attorney in good standing who is admitted to practice law in the State of _____. The name and address of my law firm are:

_____
Law Firm

_____
Street

_____
City            State            Zip Code

I submit this Declaration along with the Complaint in the matter captioned _____, filed on _____, in _____ [Court].

I hereby certify that all Plaintiffs named in such Complaint had executed a retainer agreement for legal representation relating to this matter with the undersigned and/or my law firm and/or my co-counsel prior to March 15, 2013.

I certify under penalty of perjury under the laws of _____ [the United States or, if filed in a State Court, the State in which the case has been filed] that the foregoing is true and correct.

                                                              _____
                                                               Plaintiff's Counsel